| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Joshua Kirsch, 179110<br>Gibson, Robb & Lindh<br>201 Mission Street, Suite 2700<br>San Francisco, CA 94105 | 415-348-6000 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>5723.51 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
AVID TECHNOLOGY, INC., et al.

DEFENDANT:
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:17-cv-02709-BLF |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: COMPLAINT FOR DAMAGES, Civil Cover Sheet, Proposed Summons, DECLINATION TO MAGISTRATE JUDGE JURISDICTION, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, FRCP 7.1 DISCLOSURE STATEMENT, Case Assigned to Hon. Beth Labson Freeman, Issued Summons, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ECF Registration Information, Filing Procedures (San Jose), NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, STANDING ORDER RE FINAL PRETRIAL CONFERENCE – BENCH TRIAL DISTRICT JUDGE BETH LABSON FREEMAN, STANDING ORDER RE FINAL PRETRIAL CONFERENCE – JURY TRIAL DISTRICT JUDGE BETH LABSON FREEMAN, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, STANDING ORDER RE CIVIL CASES DISTRICT JUDGE BETH LABSON FREEMAN

2. Party Served: EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a corporation

3. Person Served: Tricia Rosano - Registered Agent Solutions, Inc. - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/18/2017   11:53AM

5. Address, City and State: 1220 S ST STE 150
   SACRAMENTO, CA 95811

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 69.95

Registered California process server.
County: Sacramento
Registration No.: 2012-37
Expiration:
Brandon Lee Ortiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/23/2017 at Los Angeles, California.

Signature: *Brandon Ortiz*
Brandon Lee Ortiz

OL# 11080108